United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA §

vs § Criminal Action No. L- 5:16 -CR- 101-2

Jose Martin - Velasquez §
                       Monsivais

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant, Jose Martin Velasquez-Monsivais affirming that s/he has been charged via indictment or misdemeanor information and has received a copy thereof, HEREBY pleads <u>not guilty</u> to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for 2/11/2016.

Respectfully submitted, this 11th day of Febru, 2016.

Jose Martin Velasquez-Monsivais          Jose Martin Velasquez M
Printed Name of Defendant                 Signature of Defendant

A. René Cantú                             [signature]
Printed Name of Attorney                  Signature Attorney for Defendant

## ORDER

Based on the affirmations contained in Defendant's Written Waiver of Arraignment above, the Court HEREBY

☒ accepts Defendant's waiver, excuses his attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for 2/11/2016.

☐ rejects Defendant's waiver and requires him to attend the arraignment scheduled in this case.

DONE at Laredo, Texas this 11th day of February, 2016.

[signature]
J. SCOTT HACKER
United States Magistrate Judge